STATE OF CONNECTICUT *v.* DOUGLAS J. MYERS
(AC 20412)

Schaller, Dranginis and Flynn, Js.

Argued May 29—officially released July 3, 2001

Per Curiam. The judgment is affirmed.

PATRICIA PESZYNSKI *v.* HARTFORD INSURANCE
COMPANY OF THE MIDWEST
(AC 20584)

Schaller, Dranginis and Flynn, Js.

Argued May 29—officially released July 3, 2001

Per Curiam. The judgment is affirmed.

MILFORD BEACH ASSOCIATES *v.*
ROBERT HEYER ET AL.
(AC 20868)

Landau, Spear and Mihalakos, Js.

Argued June 4—officially released July 3, 2001

Per Curiam. The judgment is affirmed.